UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0288 CRB |
| Plaintiff, ) | ORDER RE: RELEASE CONDITIONS |
| v. ) | |
| CLIFFORD WONG, ) | |
| Defendant. ) | |

On September 2, 2009, defendant Clifford Wong appeared before the Court (the Honorable Bernard Zimmerman, United States Magistrate Judge) for appointment of counsel in response to the filing of a Form 12 alleging violations of the terms of his probation. The Court appointed Ethan A. Balogh to represent the defendant. Assistant United States Attorney Peter B. Axelrod appeared on behalf of the United States.

The Court ordered the defendant released on the conditions of home detention with electronic monitoring that are currently in effect under the supervision of U.S. Probation. The Court imposed the following additional condition: the defendant shall have no contact or communication with Chong Ye Kim, either directly or indirectly, except that defense counsel

ORDER
CR 08-0288 CRB

1

and/or an investigator working for defense counsel may contact Kim.  Thus neither the defendant nor anyone acting on his behalf (except for defense counsel or a defense investigator) shall have any form of communication with Kim, including via telephone, computer (including email, social networking sites, etc.), and/or in person.

      IT IS SO ORDERED.


DATED:_____              _____
                                          BERNARD ZIMMERMAN
                                          United States Magistrate Judge

ORDER
CR 08-0288 CRB